UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**LEE M. PERLMAN**
Attorney at Law
1926 Greentree Road, Suite 100
Cherry Hill, New Jersey 08003
856-751-4224
Attorney for Debtors

Order Filed on December 5, 2017 by Clerk U.S. Bankruptcy Court District of New Jersey

Case No.: 17-32539

Chapter 13

Hearing Date: 12/5/17

Judge: JNP

RE: NICHOLAS & STEPHANIE BASILE

## ORDER ON MOTION FOR CONTINUATION OF THE AUTOMATIC STAY

The relief set forth on the
**ORDERED.**

**DATED: December 5, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**LEE M. PERLMAN**
**ATTORNEY AT LAW**
**1926 Greentree Road, Suite 100**
**Cherry Hill, New Jersey 08003**
**(856) 751-4224**
**ATTORNEY FOR DEBTORS, NICHOLAS & STEPHANIE BASILE**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RE: | : | CHAPTER 13 |
| NICHOLAS & STEPHANIE BASILE, | : | CASE NO.: 17-32539-JNP |
| Debtors | : | **ORDER ON MOTION FOR CONTINUATION OF THE AUTOMATIC STAY** |

The above-captioned matter having come on for hearing on December 5th, 2017, before the undersigned Judge presiding, United States Bankruptcy Court for the District of New Jersey, upon the Motion by the debtors for continuing the automatic stay under provisions of 11 U.S.C. Section 362(c)(3)(B), and it appearing to the Court that the debtor was present, represented by their attorney, Lee M. Perlman, that the standing Trustee was present, and after having reviewed the matters of record in this proceeding and the arguments of counsel, the Court finds the following:

    1.    The debtors initiated this Chapter 13 proceeding by the filing of a Petition on November 7th, 2017.

    2.    The debtors filed their Motion for Continuation of the Automatic Stay due to their concern that the provisions of 11 U.S.C. Section 362(c)(3) would apply in their Chapter 13 Petition, due to the fact that the Debtors had had a case pending in the Bankruptcy Court in the year prior to their filing.

      3.      The debtors have shown that their Chapter 13 Case No. 17-32539-JNP is filed in good faith.

      **WHEREFORE**, based on the foregoing,

      IT IS HEREBY ORDERED that the automatic stay provisions of the Bankruptcy Code remain in full force and effect for all creditors in Case No. 17-32539-JNP.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-32539-JNP
Nicholas J. Basile                                                        Chapter 13
Stephanie L. Basile
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1          Date Rcvd: Dec 05, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 07, 2017.
db/jdb         +Nicholas J. Basile,    Stephanie L. Basile,    12 Lansbrook Court,    Sewell, NJ 08080-4113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 07, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 5, 2017 at the address(es) listed below:
      George C. Greatrex, Jr.    on behalf of Creditor    Hunt Club Condominium Association
      ggreatrex@sgglawfirm.com, kmuchler@verizon.net
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Lee Martin Perlman    on behalf of Joint Debtor Stephanie L. Basile ecf@newjerseybankruptcy.com,
      lmpcourt@gmail.com
      Lee Martin Perlman    on behalf of Debtor Nicholas J. Basile ecf@newjerseybankruptcy.com,
      lmpcourt@gmail.com
      R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF
      NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-5T2) bankruptcy@feinsuch.com
      R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com
      Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                       TOTAL: 8