| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**FEIN, SUCH, KAHN & SHEPARD PC**<br>Counsellors at Law<br>7 Century Drive - Suite 201<br>Parsippany, New Jersey 07054<br>(973) 538-9300<br>Attorneys for Secured Creditor<br>WELLS FARGO BANK, N.A.<br>R.A. LEBRON, ESQ.<br>649NEB<br>bankruptcy@feinsuch.com | **Order Filed on January 19, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>NICHOLAS J. BASILE fdba<br>WE DO NOT I LLC and<br>STEPHANIE L. BASILE<br><br><br>Debtor(s). | Case No.: 17-32539 JNP<br><br>Adv. No.:<br><br>Hearing Date: February 7, 2018<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

**ORDER RESOLVING OBJECTION TO CONFIRMATION**

The relief set forth on the following page(s) is hereby **ORDERED.**

**DATED: January 19, 2018**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): NICHOLAS J. BASILE fdba WE DO NOT I LLC and STEPHANIE L. BASILE
Case No: 17-32539 JNP
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**

Upon the Objection of FEIN, SUCH, KAHN & SHEPARD, P.C., attorneys for the Secured Creditor, WELLS FARGO BANK, N.A., as to certain real property known as 934 WOODSTOCK COURT, WASHINGTON, NJ 08080 as set forth in the objection papers, and for good cause shown;

**ORDERED AS FOLLOWS:**

1. The arrearage claim of Secured Creditor shall be allowed and paid through the Chapter 13 plan.

2. Should the Debtor(s) dispute the amount to be paid inside the Chapter 13 plan, the Debtor(s) retains the right to file an objection to the proof of claim pursuant to D.N.J. LBR 3007-1.

3. The Debtor(s) shall maintain regular monthly mortgage payments effective with the first payment due after the date of bankruptcy filing.

4. The monthly post petition payment amount is subject to change in accordance with the terms of the underlying note, mortgage and applicable federal and state law.

5. This Order shall be incorporated in and become a part of any Order Confirming Plan in the herein matter.

**(Page 3)**
Debtor(s): NICHOLAS J. BASILE fdba WE DO NOT I LLC and STEPHANIE L. BASILE
Case No: 17-32539 JNP
Caption of Order: **ORDER RESOLVING OBJECTION TO CONFIRMATION**
_____

    6.    The Movant shall serve this Order on the Debtor(s), any Trustee and other party who entered an appearance on the Objection.

```
                        United States Bankruptcy Court
                             District of New Jersey
In re:                                                         Case No. 17-32539-JNP
Nicholas J. Basile                                             Chapter 13
Stephanie L. Basile
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin                 Page 1 of 1                   Date Rcvd: Jan 19, 2018
                              Form ID: pdf903             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2018.
db/jdb         +Nicholas J. Basile,    Stephanie L. Basile,    12 Lansbrook Court,    Sewell, NJ 08080-4113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 21, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2018 at the address(es) listed below:
```
          George C. Greatrex, Jr.    on behalf of Creditor    Hunt Club Condominium Association
           ggreatrex@sgglawfirm.com, kmuchler@verizon.net
          Isabel C. Balboa     ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Jennifer R. Gorchow     on behalf of Trustee Isabel C. Balboa jgorchow@standingtrustee.com
          Lee Martin Perlman    on behalf of Joint Debtor Stephanie L. Basile ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          Lee Martin Perlman    on behalf of Debtor Nicholas J. Basile ecf@newjerseybankruptcy.com,
           lmpcourt@gmail.com
          R. A. Lebron    on behalf of Creditor    WELLS FARGO BANK, N.A. bankruptcy@feinsuch.com
          R. A. Lebron    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC, as servicer for THE BANK OF
           NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-5T2) bankruptcy@feinsuch.com
          Rebecca Ann Solarz    on behalf of Creditor    Ditech Financial LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 9
```